Okay, Mr. Stark, this is Dixon versus United Family Medical. As I understand it, we only have a brief from one side in your case, Mr. Stark. Yes, Your Honor. So you have the floor. You may begin. I'm going to have pretty quickly a question for you, but go ahead. May it please the court. My name is Benjamin Stark. I'm here today on behalf of the plaintiff appellant, Nicholas Dixon. This is a case about a simple question of statutory construction. Here's the problem I have. I think it's favorable to you. So you might want to hear. I can only speak for myself. I haven't spoken to my colleagues about this. The problem I'm having with this case is I don't understand the district court's order. I don't understand why the district court denied your client emotional distress damages based on what it said. I don't know whether it found his testimony not credible because it didn't say that. It said some it made a reference to it was not convinced your client was entitled to the recovery of these damages on this record and under 11th Circuit law. But it didn't say what 11th Circuit law. And and because of that, at least just speaking for me, I'm wondering if the proper answer here is for us to say we cannot meaningfully review this order and it needs to be vacated and remanded for reconsideration, because it seems to me that the district court would be entitled to award these damages, even if there's not a some certain because there was an evidentiary hearing and that. That these kinds of compensatory damages don't have to be proved with a high degree of specificity. That's what our precedents say. So what's your reaction to that? Well, I agree with your honor. I agree with almost everything you just said. Possibly everything. The district court's order was short and rather cryptic. But I do think that the district court still did state that express seem to express the opinion that under 11th Circuit law, the this kind of damages aren't available and that I just don't know. But I don't know what what 11th Circuit law it's talking about. When I look at what at the possibilities, at least based on this record, I'm not sure what the district court is basing that on. And, you know, maybe you're going to provide me an answer that where I can meaningfully review it and affirm it. But I'm not sure what it is. Well, your honor, what I would say is that I think the way the district court phrase is almost crying out for clarification, not convinced that under 11th Circuit law that it seems to me that the judge was in need of instruction and clarification as to what kind of damages could be available. And this is a prime opportunity to do so. Can I ask you a question, Mr. Yes. Let's assume that your client was entitled to emotional distress damages. Under what law would it be under state law that the trial court then would make the determination? Your honor, I would be. How would your client prove that they were entitled to emotional distress damages? Would it be under state law? It would be as a remedy under the FLSA and it would be treated just as any other form of damages, you know, under the Title seven or Section 91 or any of those other kinds of statutes that have retaliation provisions when they allow for emotional distress damages. They just they're supposed to show the emotional stress and then the amounts and the enlightened conscience of the jury. Or it seems to me we haven't ruled on the availability of emotional distress damages under the Fair Labor Standards Act. Am I right about that? Not directly, your honor. But this court has made decisions that have clearly pointed in the direction of availability in SNAP versus unlimited. You haven't said they're unavailable, right? That is correct. And in fact, this court has upheld an award of such damages, although the specific issue is not before the court. And other circuits have held that they are. Right. Yes, your honor. The fifth, sixth and seventh, every circuit court that is directly considered this issue has found that such damages are available based on just the clear language. And this court's own decision in SNAP that the purpose is compensatory damages and that the listed forms of remedies are not the only ones available. And that district courts should exercise some creativity clearly points in the direction of the availability of emotional distress damages. As does this court's decision in Sheely. It was a Rehabilitation Act case which said that emotional distress damages are plainly a form of compensation to make good the wrong done. Yeah, I understand it. Your client testified that because he lost his job. He had bearable marital problems. His family refused to see him until he repaid money his father had lent him. He had conflicts with his previous wife about visiting his children because he could not afford to pay child support. And he was homeless for two months. Yes, Your Honor. And he also said he received psychiatric treatment for severe anxiety, sleeping medications for insomnia and gained 40 pounds from stressing. Right. That is correct, Your Honor. And this was all in response to a question about how the illegal termination affected his life. So you've covered all the bases. With what I would say is that the language of the statute is quite clear it's without without limitation, any damage that are available for to effectuate legal or legal or equitable relief to effectuate the purpose of the statute. And like you said, all three circuits that are directly concerned with this you have found that includes emotional distress damages. One, I'm not sure this is the best vehicle for us, deciding that these damages are available in the absence of what the heck, the district court. By what it said, it seems to me that if we were to vacate and remand and explain to the district court that we don't, we can't meaningfully review its order. And we don't think it could could have meant that we've held that these kinds of damages are unavailable under the Fair Labor Standards Act, because we haven't ruled and point out to the district court that other circuits have said they're available. That might be the most we can really do in this circumstance. And Your Honor, if that's the direction this court chooses to take and that is certainly within its province to do so, I would say that the I've sort of in our brief we tried to cover all the bases for what under the record and under 11th Circuit law means, you know, the district court could have been saying that these damages aren't available and for the reason they've already expressed, they are, it could have been saying that the plaintiff hadn't proven under this record. I don't have much of a controversy though when I can't tell what what the district court exactly meant, and I don't have an argument for why they might not be available. I'm just, that's why I view this as a bit of a vehicle problem. That's the question in terms of, there isn't anything in the in the record in terms of a transcript where the district court judge articulated something orally that they didn't indicate in the, in the written order. Something that said that. Your Honor, you're correct the district court did not provide any further guidance in the hearing as well. But what I say, I guess what I would say is that, you know, we tried to still cover all the bases that could even be met in terms of what the record and under the 11th Circuit law means if the district court was trying to say that under the record because, you know, there had been no showing of severe emotional distress then, you know, we've shown that this court in snaps of the purpose of the retaliate anti retaliation vision section 216 paragraph B is full compensation and if the emotional stress was not severe enough to the district court then a smaller award of emotional distress damage would be appropriate not no word at all. You know, if the district court was saying that, you know, under this record the plaintiff hadn't proven it then, you know, all of the details that chief judge prior mentioned show that it is proven. So, while the one option available certainly would be to do what chief judge prior had said and, you know, provide that clarification and, you know, instruct the district court to provide more clarity in detail I think every option of what the district court could have meant would also provide an opportunity to clarify this for, you know, for future courts as well that such damages are available to the plaintiff in whatever amount he or she proves was caused by the emotional distress. My problem is I just don't know how I could say, Oh, district court. You misunderstood these damages, in fact, are available when I don't really understand why the district court reached the conclusion it did. It's so quick. And I, Your Honor, I cannot deny that it is cryptic. You know, I could say that there's two options which are equally available for this court one would be to, you know, insist on upon such clarification with, you know, what you said before about this court has not will they are unavailable to the extent the district was under that mistaken impression. And as you said other three other circuits have specifically found they are available. You know, I think that, you know, to say they're to say that's not entitled to 11th Circuit law would say that it I guess what I would say is that if a plaintiff has proven emotional distress, if there's finding a liability, and a plaintiff has proven emotional distress result following from their retaliation, then under the law and under the record that plaintiff is entitled. Here's the problem. Even, even when you think about it in terms of if the plaintiff has proven what you just said, right. Maybe she found your client, not credible. She didn't say. I don't know that. I don't know why she would say that. But that's another problem I'm having. I mean, one way you can not be entitled to damages based on this record as the district court said would be if you just don't believe you witness. And you have some reason for not believing the witness, but again, that runs into the problem of, I'm not sure that's what the district court was saying or why it would have said that. Your Honor, it seems the only additional clue the district court provider was mentioning that the plaintiff didn't provide a some certain which as you already said is not required you know that the amount is just fair in light of the evidence, there's no requirement to provide a specific monetary value to mental anguish or emotional distress. So to the extent that was the basis for the decision that to his error and should be reversed. Yeah. Any other questions. Oh, if there are no further questions, then I just respectfully request that this court remand with instructions to clarify what's going on and I'll hopefully to clarify to the court what the law is so that this can move forward and, you know, similar case in the future but in any case, I can only speak for myself but from my perspective. You know, I don't think we can meaningfully review this but I do think that we would be obliged to tell the district court. If you know, yes, that this would seem to be mistaken if you meant that that would seem to be mistaken. This is part of the reason we're having some difficulty on, you know, reviewing this order. I wouldn't just vacate and remand without any guidance. Thank you. And I think that would be fair. Thank you.